M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
6200 Canoga Avenue, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE TORRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEROS CREDIT, LLC, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-cv-00688 DOC (DFMx)<br><br>Assigned to: Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Defendant Veros Credit, LLC ("Veros") and Plaintiff Jose Torres, have agreed to resolve Plaintiff's individual claims against Veros. Based on the timing of the settlement, the parties

- 1 -

contemplate filing a Stipulation to Dismiss, with Prejudice, each party to bear their own attorneys' fees and costs, within the next thirty-five (35) days.

No dates have been scheduled by the Court in this matter, other than for Defendant's reports to the Court on the status of arbitration, the first such report presently scheduled to occur on October 13, 2023 which will pass before the preconditions for dismissal have been satisfied.

Accordingly, the parties stipulate, and respectfully request that the Court vacate the October 13, 2023 status report and any other existing deadlines pending dismissal.

| | |
|---|---|
| DATED: October 9, 2023 | **CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION**<br><br>By: */s/ Gregory Haroutunian*<br>M. Anderson Berry (262879)<br>Gregory Haroutunian (330263)<br>Brandon P. Jack (3225584)<br>6200 Canoga Avenue, Suite 375<br>Woodland Hills, CA 91367<br>Telephone: (747) 777-7748<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>*Attorneys for Plaintiff* |
| DATED: October 9, 2023 | **SEVERSON & WERSON**<br><br>By: */s/ Genevieve R. Walser-Jolly*<br>Scott J. Hyman (State Bar No. 148709)<br>sjh@severson.com |

Genevieve R. Walser-Jolly
(State Bar No. 262784)
grw@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442 7118

Erik Kemp (State Bar No. 246196)
ek@severson.com
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Defendant Veros Credit, LLC*

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Defendant to file the above-referenced document, and the above signatory concurs in the filing's content.

DATED: October 9, 2023

　　　　　　　　　　　　　　　　　　*/s/ Gregory Haroutunian*
　　　　　　　　　　　　　　　　　　Gregory Haroutunian